UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

DANIEL AHEARN,

                            Plaintiff,

       -against-

BROOKHAVEN SCIENCE ASSOCIATES,
LLC, as Manager and Operator of
Brookhaven National Laboratory,

                            Defendant.

Case No. 18-cv-07048 (JBW-ST)

---

## STIPULATION AND ORDER OF FINAL DISMISSAL WITH PREJUDICE

       IT IS HEREBY STIPULATED AND AGREED by and among Plaintiff, DANIEL AHEARN, and Defendant, BROOKHAVEN SCIENCE ASSOCIATES, LLC, AS MANAGER AND OPERATOR OF BROOKHAVEN NATIONAL LABORATORY, through their respective undersigned counsel, that the above-captioned action be dismissed in its entirety, with prejudice, and with no award of attorneys' fees, costs or disbursements by the Court to any party and that dismissal hereof constitutes a general release of any and all claims that Plaintiff may have.

| | |
|---|---|
| SCOTT MICHAEL MISHKIN, P.C.<br>*ATTORNEYS FOR PLAINTIFF*<br>One Suffolk Square, Suite 240<br>Islandia, New York 11749<br>(631) 904-0186<br><br>By: _____<br>     Kyle Pulis, Esq. | JACKSON LEWIS P.C.<br>*ATTORNEYS FOR DEFENDANT*<br>58 South Service Road, Suite 250<br>Melville, New York 11747<br>(631) 247-0404<br><br>By: _____<br>     Marc S. Wenger, Esq.<br>     Kathryn J. Barry, Esq. |
| Dated: October 21, 2019 | Dated: 11/18/2019 |

4812-2993-3993, v. 1