UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

..........................................................................

DANIEL AHEARN,

Plaintiff,

-against-

Case No. 18-cv-07048 (JBW-ST)

BROOKHAVEN SCIENCE ASSOCIATES,
LLC, as Manager and Operator of
Brookhaven National Laboratory,

Defendant.

..........................................................................

## STIPULATION AND ORDER OF FINAL DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and among Plaintiff, DANIEL AHEARN, and Defendant, BROOKHAVEN SCIENCE ASSOCIATES, LLC, AS MANAGER AND OPERATOR OF BROOKHAVEN NATIONAL LABORATORY, through their respective undersigned counsel, that the above-captioned action be dismissed in its entirety, with prejudice, and with no award of attorneys' fees, costs or disbursements by the Court to any party and that dismissal hereof constitutes a general release of any and all claims that Plaintiff may have.

SCOTT MICHAEL MISHKIN, P.C.
*ATTORNEYS FOR PLAINTIFF*
One Suffolk Square, Suite 240
Islandia, New York 11749
(631) 904-0186

By: _____
Kyle Polis, Esq.

Dated: October 21, 2019

JACKSON LEWIS P.C.
*ATTORNEYS FOR DEFENDANT*
58 South Service Road, Suite 250
Melville, New York 11747
(631) 247-0404

By: _____
Marc S. Wenger, Esq.
Kathryn J. Barry, Esq.

Dated: 8/17/2017

4812-2993-3993, v. 1

**SO ORDERED.**

**s/ WFK**
_____
HON. WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT JUDGE

Dated: April 4, 2022
Brooklyn, New York